IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VIRGINIA BILLIE

           Plaintiff,

vs.                                                CIVIL NO. 1:12-CV-00336-WJ-WDS

UNITED STATES OF AMERICA
AND XYZ CORPORATION,

           Defendants.

## ORDER EXTENDING EXPERT DISCLOSURE DEADLINES

THIS MATTER having come before the Court upon the Unopposed Motion to Extend Expert Disclosure Deadlines, and the Court having been fully advised in the premises thereof, finds said Motion well-taken;

IT IS THEREFORE ORDERED that the discovery deadlines are extended as specified in the Motion and Plaintiff shall have until January 14, 2013 to make the required disclosures and Defendant shall have until March 2, 2013 to make the required disclosures.

                                                                  _____
                                                           HON.W. DANIEL SCHNEIDER
                                                           UNITED STATES DISTRICT JUDGE

Submitted & approved:
**BARBER & BORG, LLC**


By ___/s/ Forrest G. Buffington                       Forrest G. Buffington
forrest@barberborg.com
*Attorneys for Plaintiff*


Approved:

*/s/ J. Cole Hernandez*
KENNETH J. GONZALES
United States Attorney
J. COLE HERNANDEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103

2