IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VIRGINIA BILLIE,

    Plaintiff,

vs.                                    No. 1:12-cv-00336-KBM-WDS

UNITED STATES OF AMERICA,
DR. GARY T. BARNES AND XYZ
CORPORATION,

    Defendants.

**ORDER VACATING SETTLEMENT CONFERENCE**

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **May 7, 2013** is vacated.  On or about April 16, 2013 the parties should be notified that a new Magistrate Judge has been assigned to this case.  At that time the parties should contact the new Magistrate Judge in order to reschedule the settlement conference.

    IT IS SO ORDERED.

                                                        W. DANIEL SCHNEIDER
                                                        United States Magistrate Judge