**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VIRGINIA BILLIE,

      Plaintiff,

vs.                                     No. 1:12-cv-00336-WJ-WDS

UNITED STATES OF AMERICA,

      Defendant.

## ORDER

THIS MATTER having come before the Court on the parties' Joint Motion to Extend the Discovery Deadline, and the Court being fully advised in the premises, finds that the Motion is well taken and should be granted.

WHEREFORE, IT IS ORDERED that the discovery deadline is hereby extended to June 14, 2013, to enable the parties to set this case for a settlement conference. Should the case not settle, the parties have until June 14, 2013, to conduct discovery, including completing the depositions of the retained and non-retained expert witnesses and litigating the status of the treating physician Plaintiff disclosed on or about January 25, 2013.

IT IS FURTHER ORDERED that Defendant's responses to Plaintiff's written discovery, including objections if any, shall be due 10 days after the settlement conference, if the case does not settle.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

*/s/ J. Cole Hernandez 3-18-13*
J. COLE HERNANDEZ
Assistant U.S. Attorney
Attorney for Defendant

APPROVED:

*Electronic approval 3-18-13*
FORREST BUFFINGTON
Attorney for Plaintiff